POOR QUALITY ORIGINAL

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Tina M. Hilson

v.

Detroit Rescue Mission Ministries
1) Barbara Willis
2) Dr. Chad Audi
3) Belinda Flowers
4) Danielle Copeland
5) Beverly Stewart

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:24-cv-12447
Assigned To : White, Robert J.
Referral Judge: Grand, David R.
Assign. Date : 9/17/2024
Description: CMP HILSON V. DETROIT RESCUE MISSION MINISTRIES ET AL. (AB)

Jury Trial: ☒ Yes ☐ No
*(check one)*

**Complaint for a Civil Case**

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Tina M. Hilson
Street Address: 14950 Greenfield Rd, Apt. 312
City and County: Detroit (Wayne)
State and Zip Code: Michigan 48227
Telephone Number: (313) 955-2217
E-mail Address: benedward1945@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Ms. Barbara Willis (DRMM)
Job or Title (if known): Chief Operating Officer
Street Address: 150 Stimson
City and County: Detroit (Wayne)
State and Zip Code: Michigan 48201
Telephone Number: (313) 993-4700
E-mail Address (if known): Not Known

Defendant No. 2

Name: Dr. Chad Audi (DRMM)
Job or Title (if known): CEO, President
Street Address: 150 Stimson
City and County: Detroit (Wayne)
State and Zip Code: Michigan 48201
Telephone Number: (313) 993-4700
E-mail Address (if known): Not Known

2

See attach sheet

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

Name: Ms. Belinda Flowers (DRMM)
Job or Title (if known): Director of Human Resources
Street Address: 150 Stimson
City and County: Detroit (Wayne)
State and Zip Code: Michigan 48201
Telephone Number: (313) 993-4700
E-mail Address (if known): Not Known

Defendant No. 4

Name: Danielle Copeland (DRMM)
Job or Title (if known): Supervisor
Street Address: 12900 W. Chicago St.
City and County: Detroit (Wayne)
State and Zip Code: Michigan 48228
Telephone Number: (313) 309-5900
E-mail Address (if known): Not Known

See attached!

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

5) Ms. Beverly Stewart (DRMM)
Payroll/Benefit Specialist
150 Stimson
Detroit (Wayne)
Michigan 48201
(313) 993-4700
Not Known

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1) U.S Constitution under the 14th amendment
2) ~~42 U.S.C. 2000(A) Retaliation (B)(C)~~ — 29. CFR 1630.7
3) 42 USC 12117                                    29. C.F.R 1630.2
4) 28 USC 1331
5) 29 CFR 825.702
6) 29 CFR 1630.2(G).(1)  7) see attached

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

   1.   The Plaintiff(s)

      a. If the plaintiff is an individual
         The plaintiff, (name) _____,
         is a citizen of the State of (name) _____.

      b. If the plaintiff is a corporation
         The plaintiff, (name) _____,
         is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

      (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

   2.   The Defendant(s)

      a. If the defendant is an individual
         The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

      b. If the defendant is a corporation
         The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

      (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

4

7) 42 U.S.C 12112 (A)(5)(A)

8) E.E.O.C "The Family and Medical Leave Act"/ The A.D.A and Title VII of the Civil Rights Act of 1964.

9) Americans with Disabilities Title I

10) 29 C.F.R Part 1630. 29 C.F.R Part 1614

11) Americans with Disabilities Act of 1990 A.D.A.

12) 29 C.F.R 1630.2 (o), (3).

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1) pr1. Disability Discrimination
2) pr2. Work Place Discrimination
3) pr3. Denial of Reasonable Accommodation
4) pr4. Failure to Engage in Interactive Process
5) pr5. Systematic Constructive Discharge
6) pr6. Wrongful Termination

Next:

1) pr1. The F.M.L.A and the A.D.A, both require and the covered employer to grant medical leave, F.M.L.A, covers private employers with fifty or more employees petitioner is in that protected class.

See Attached:

5

1. of, 3.

~ Pg2. Attached Statement of Claim

2) pr.2. Detroit Rescue Mission Ministries Administrative Policy's created an effect of discrimination in the workplace, that had an Adverse Impact, which lead to my wrongful termination based on my disability.

3) pr.3. This petitioner qualified and was hired for the job position on July 5, 2016.

4) pr.4. Petitioner was treated differently from other D.R.M.M. employees in terms of the Medical Leave of Absence Extentions.

5) pr.5. This petitioner is entitled to damages and of relief.

[Involvement]

1) Pr.1. D.R.M.M.-Chief Operating Officer Ms. Barbara Willis Violation of, 29 C.F.R.1630.7 Created Administration Policy, that have the effect of discriminating on the basis, of disability: by denying this petitioner's request for reasonable Accommodation. Feb 9, 2022 – April 22, 2022

2) pr.2 D.R.M.M.-CEO President- Dr. Chad Audi; Acting in concert with the Administrative Policy denyed this petitioner's request for a reasonable Accommodation, Feb 9, 2022 – April 22, 2022

Claim Attachment 1, of, 3

— Pg 3. Attached Statement of Claim

3) pr.3. D.R.M.M Human Resource Director, Ms. Belinda Flowers, Acting in concert with D.R.MM Administrative Policy, denied this petitioner's request for a reasonable accommodation. Feb. 9, 2022 – April 22, 2022

4) pr.4. D.R.M.M Supervisor, Ms. Danielle Copeland, acting in concert with the policy denied plaintiff's request for Reasonable accommodation. Feb. 9, 2022 – April 22, 2022.

5) pr.5 Defendants Adverse Conduct Cause Adverse Harm, as well as Emotional Distress Loss of Wages/Future Earnings Harm

6) pr.6 Note: D.R.M.M. Chief Operating Officer, Ms. Barbara Willis, Active Role in this cause of action created the Policy that cause this plaintiff to be subjected to D.R.M.M negative disproportionate adverse impact of and adverse discrimination, wrongful termination due to my disability!

29 C.F.R. 1630.2.
Standards, criteria, or methods of Administration.

Claim Atts 2. of. 3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1) Compensatory Damages:
  1) Wrongful Termination
  2) Workplace Discrimination
  3) Disability Discrimination
  4) 600,000

2) General Damages
  1) Pain and Suffering
  2) Emotional Distress
  3) Loss of Wages/Future earnings
  4) 37,400

See Attached:

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20____.

Signature of Plaintiff  _____
Printed Name of Plaintiff _____

6

Pg2. Attached IV "Relief"

3) **Punitive Damages**
1) Violation of U.S. Equal Employment Commission's, The Family and Medical Leave Act, The ADA and the Title VII of the Civil Rights Act of 1964.

2) The ADA; Your Employment Rights as an Individual with a Disability, Title I.

3) Detroit Rescue Mission Ministries
1) Violated Employee Manual Policy, Family Medical Leave Act / Time Off.

4) 200,000

Claim #3. of 3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Tina Hilson  Pro-Se

**DEFENDANTS**
Belinda Flowers, Barbara Willis, Dr. Chad Aud, Danielle Copeland, Beverly Stewart

**(b)** County of Residence of First Listed Plaintiff: Wayne County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Wayne County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[ ] 1 U.S. Government Plaintiff
[X] 3 Federal Question (U.S. Government Not a Party)
[ ] 2 U.S. Government Defendant
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT

**CIVIL RIGHTS:** [X] 445 Amer. w/Disabilities - Employment

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing:
U.S.C. § 12117 / 28 U.S.C. § 1331

Brief description of cause:
Workplace Discrimination / Policies Violations

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 837,400
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

**DATE:** September 17, 2024

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes : _____