UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TINA M. HILSON,<br><br>    Plaintiff,<br><br>v.<br><br>DETROIT RESCUE MISION MINISTRIES, et al.,<br><br>    Defendants. | Case No. 24-cv-12447<br><br>Honorable Robert J. White<br>Magistrate Judge David R. Grand |

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION TO REMOVE DEFENDANT BEVERLY STEWART**

Before the Court is Magistrate David R. Grand's December 13, 2024 report and recommendation. (ECF No. 24). The report recommended that the Court grant Plaintiff Tina M. Hilson's motion to remove Defendant Beverly Stewart from this action. (ECF No. 10). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's December 13, 2024 report and recommendation (ECF No. 24) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Plaintiff's motion to remove Defendant Stewart (ECF No. 10) is granted.

Dated: January 8, 2025                    s/Robert J. White
                                          Robert J. White
                                          United States District Judge