UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TINA M. HILSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>DETROIT RESCUE MISION MINISTRIES, et al.,<br><br>　　　Defendants. | Case No. 24-cv-12447<br><br>Honorable Robert J. White<br>Magistrate Judge David R. Grand |

**ORDER (1) ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS**

Before the Court is Magistrate David R. Grand's June 24, 2025 report and recommendation. (ECF No. 39). The report recommended that the Court grant in part and deny in part Defendant Detroit Rescue Mission Ministries' motion to dismiss Plaintiff's amended complaint. (ECF No. 32). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's June 24, 2025 report and recommendation (ECF No. 39) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendant Detroit Rescue Mission Ministries' motion to dismiss Plaintiff's amended complaint (ECF No. 32) is granted in part and denied in part.  Plaintiff may proceed only with her claim against Defendant Detroit Rescue Mission Ministries under the Americans with Disabilities Act.  Any other claim is dismissed.

Dated: July 15, 2025                              s/Robert J. White
                                                  Robert J. White
                                                  United States District Judge